710 A.2d 1140

**Rosalind Nelson HOLLIS, Appellant,**

v.

**Albert NELSON, Appellee.**

Supreme Court of Pennsylvania.

June 16, 1998.

Eric D. Turner, Media, for Rosalind Nelson Hollis.

Vincent G. Iannello, Jr., Media, for Albert Nelson.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of June, 1998, the Order of the Superior Court is reversed as to the proper valuation of appellant's pension. *See Gordon v. Gordon,* 545 Pa. 391, 681 A.2d 732 (1996). This matter is remanded to the Delaware County Court of Common Pleas for recalculation of the value of the pension utilizing appellant's salary on the date of separation.

NEWMAN, J., did not participate in the consideration or decision of this case.